Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-08-00276-CV

J.C. **PEREZ**, III,
Appellant

v.

Oswald Wally **ALANIS**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 08-03-46823
Honorable Nelva Gonzales-Ramos, Judge Presiding

PER CURIAM

Sitting:      Alma L. López, Chief Justice
                 Rebecca Simmons, Justice
                 Steven C. Hilbig, Justice

Delivered and Filed:  July 2, 2008

CROSS-APPEAL DISMISSED

Appellee/Cross-Appellant, Oswald Wally Alanis, has filed a motion to dismiss his cross-appeal.  The motion contains a certificate of service to appellant/cross-appellee, who does not oppose the motion. Therefore, we grant the motion and dismiss the cross-appeal.  *See* TEX. R. APP. P. 42.1(a)(2).  The appeal filed by appellant J.C. Perez, III is retained on the court's docket.  Costs of the appeal will be assessed upon final disposition of the appeal.

PER CURIAM